STATE OF CONNECTICUT *v.* DAVID GREEN
(13438)

O'CONNELL, HEIMAN and SCHALLER, Js.
Argued November 28—decision released December 20, 1994

*Timothy C. Moynahan,* with whom, on the brief, were *Cheryl E. Heffernan* and *Ronald J. Barba,* for the appellant (defendant).

*Timothy J. Sugrue,* assistant state's attorney, with whom, on the brief, was *Michael Dearington,* state's attorney for the appellee (state).

PER CURIAM. The judgment is affirmed.